In the Matter of BERRY WOLF, Appellant, against JOHN H. DELANEY et al., Constituting the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, et al., Respondents.

(Argued January 3, 1935; decided February 26, 1935.)

*Roy P. Monahan* and *S. Bertram Friedman* for appellant. Disabled war veterans are entitled to preferences in civil service positions. (Constitution of State of New York, art. 5, § 6; Cons. Laws, ch. 7, § 21; *Matter of Breckenridge,* 160 N. Y. 103; *Matter of Stutzbach* v. *Coler,* 62 App. Div. 219; 168 N. Y. 416; *People ex rel. Chappel* v. *Lindenthal,* 173 N. Y. 524; *Matter of Seeley* v. *Stevens,* 190 N. Y. 158; *People ex rel. Davison* v. *Williams,* 213 N. Y. 130; *Matter of Gianatasio* v. *Kaplan,* 142 Misc. Rep. 611; 257 N. Y. 531; *Matter of Tierney* v. *Wynne,* 209 App. Div. 401.)

*Paul Windels, Corporation Counsel (Paxton Blair* and *Henry J. Shields* of counsel), for respondents. Neither the Constitution nor the Civil Service Law grants disabled veterans any preference in retention but only in appoint-

ment and promotion. (*People ex rel. Seward* v. *Sing Sing*, 54 App. Div. 555; *People ex rel. Brennan* v. *Scannell*, 62 App. Div. 249.)

*Reginald Field* for American Legion, Department of New York, First District, *amicus curiæ*.

*Per Curiam.* Section 31 of the Civil Service Law (Cons. Laws, ch. 7) is not violative of the preferences allowed by section 6 of article V of the Constitution and section 21 of the Civil Service Law. While the point was not directly presented in *Matter of Clancy* v. *Halleran* (263 N. Y. 258), we agree with the courts below that the reasoning of the opinion in that case leads to the conclusion that section 31 of the Civil Service Law does not defeat any preference granted by section 21 in accordance with section 6 of article V of the Constitution.

The order should be affirmed, without costs.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ., concur; FINCH, J., not sitting.

Order affirmed.